In the Matter of the Application of HYMAN DAVID HIMMELSTEIN for Admission to Practice as an Attorney and Counselor at Law. (From the State of Tennessee.) — Motion for reconsideration of application for admission to practice as an attorney and counselor at law denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of HARRY W. KOUWENHOVEN, an Attorney and Counselor at Law, Respondent.— Respondent disbarred and his name ordered struck from the roll of attorneys. The respondent, upon his own confession and plea of guilty, was convicted in the County Court of Kings county of the crime of grand larceny in the first degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of Supplementary Proceedings: ESTHER MAYER, by Her Guardian ad Litem, MARY A. MAYER, Respondent, v. MURRAY KALBFELD, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ISRAEL A. NEEDLEMAN, an Attorney and Counselor at Law.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of WILLIAM H. SIEBRECHT, JR., for Permission to Resume the Practice of the Law.— Motion for reinstatement granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of Supplementary Proceedings: CELIA SOBEL, Judgment Creditor, Respondent, v. ALEXANDER SOBEL, Judgment Debtor, Appellant; FRANKLIN ROUND TOWN BAR & GRILL CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

SUSAN A. MANDEVILLE, Respondent, v. CARLO ROSSI, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

MARGARET MULLIGAN, as Limited Administratrix, etc., of PATRICK F. MULLIGAN, Respondent, v. RICHMOND RAILWAYS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

DOMEANO PETRONE, Respondent, v. SALVATORE PETRONE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY WINGARD, Alias SIDNEY WEINGARD, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.